UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOSEPH ARTHUR KETOLA,

        Plaintiff,                  Case No. 1:07-cv-1118

v.                                   Honorable Robert Holmes Bell

MICHIGAN STATE POLICE POST 56 et al.,

                                   **JUDGMENT**

        Defendants.
_____/

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that plaintiff's objections to the report and recommendation of the magistrate judge (docket # 24) be and hereby are OVERRULED and the report and recommendation of the magistrate judge (docket # 21) is hereby ADOPTED as the opinion of the court.

IT IS FURTHER ORDERED that this action is DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(b) for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that plaintiff's motion to amend (docket # 23) is DENIED as futile and that plaintiff's motion for appointment of counsel (docket # 22) is DENIED as moot.

IT IS FURTHER ORDERED that the court finds no good-faith basis for an appeal of this matter within the meaning of 28 U.S.C. § 1915(a)(3).

IT IS FURTHER ORDERED that dismissal of this action counts as a strike for purposes of 28 U.S.C. § 1915(g).


Date:   January 31, 2008            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE